# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0005.  MARIO ROMOAN SULLIVAN v. THE STATE.**

Upon consideration of Mario Romoan Sullivan's emergency motion for an extension of time to file an application for discretionary appeal, the motion is hereby GRANTED.  See Court of Appeals Rules 16 (c), 31 (i), and 40 (b).  Sullivan's application for discretionary appeal in the above-styled case shall be due on or before September 10, 2021.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  08/12/2021*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*